**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 12-CR-671 YGR |
| Plaintiff, | **ORDER DENYING MOTION TO SUPPRESS** |
| vs. | |
| **ADAM IRA STEPHENS,** | |
| Defendant. | |

Defendant Adam Ira Stephens ("Defendant") filed his Motion to Suppress Evidence on January 24, 2013. (Dkt. No. 27.) The United States of America filed its responsive brief on February 28, 2013. Defendant filed his reply on March 7, 2013. The matter came on for hearing on March 7, 2013, and May 16, 2013.

Having carefully considered the briefing and arguments submitted in this action, and for the reasons set forth in full detail on the record on May 16, 2013, Defendant's Motion to Suppress Evidence is **DENIED**.

This Order terminates Docket No. 27.

**IT IS SO ORDERED**.

Date: May 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**