| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant STEPHENS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00671 YGR |
| Plaintiff, | ) ) | ORDER GRANTING |
| v. | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 18, 2013 ~~AND~~ |
| ADAM STEPHENS, | ) ) | ~~[PROPOSED] ORDER~~ |
| Defendant. | ) ) ) | |

Defense counsel was original appointed counsel in this matter, and recently took the case back from Assistant Federal Public Defender Jerome Matthews. Defense counsel needs time to discuss the case with Mr. Stephens, to reacquaint himself with and review discovery, and, in light of the Court's order denying Mr Stephens's motion to suppress evidence, to conduct further investigation and research the case.

The above-captioned matter is set on June 20, 2013 before this Court for a status hearing. The parties jointly request and stipulate that the Court continue the matter to July 18, 2013 at 2:00 p.m. .

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further

Stip. Req. To Continue Hearing Date

agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, defense counsel anticipates that he will be unable to attend the status conference due to a present illness.

Accordingly, the parties agree that the period of time from June 20, 2013 until July 18, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of defense counsel and also for continuity of defense counsel, taking into account the exercise of due diligence.

DATED: June 19, 2013

/s/
BRIAN LEWIS
Assistant United States Attorney

DATED: June 19, 2013

/s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Adam Stephens

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of June 20, 2013, scheduled at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, be vacated and reset for July 18, 2013, at 9:30 am ~~2:00 p.m.~~ for STATUS.

June  20 , 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States Distirct Judge